UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| QUORUM SHOPPING CENTER, LTD, <br><br> Plaintiff, <br><br> v. <br><br> STATE AUTO PROPERTY AND CASUALTY INSURANCE CO., <br><br> Defendant. | No. 5:20-CV-150-H |

## ADMINISTRATIVE CLOSURE ORDER

The parties have advised the Court that they have settled this case. *See* Dkt. No. 19. Accordingly, this case is administratively closed for statistical purposes without prejudice to it being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

So ordered on June 9, 2021.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE