IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| QUORUM SHOPPING CENTER, LTD<br>    *Plaintiff,* | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 5:20-cv-00150 |
| | § | |
| STATE AUTO PROPERTY AND CASUALTY<br>INSURANCE COMPANY<br>    *Defendant.* | §<br>§<br>§ | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Quorum Shopping Center, Ltd ("Plaintiff") and Defendant State Automobile Mutual Insurance Company ("Defendant") hereby files this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff filed suit against Defendant related to an insurance claim for property damage.

2. Plaintiff and Defendant have since resolved their differences to their mutual satisfaction.

3. Plaintiff moves to dismiss the entire suit with prejudice. Defendant agrees to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice. The parties will bear their own costs of suit.

Respectfully submitted,

| | |
|---|---|
| */s/ James Willis (w/ permission PMK)* | */s/ Patrick M. Kemp* |
| James Willis | Patrick M. Kemp |
| Texas Bar No. 24088654 | Texas Bar No. 24043751 |
| jwillis@dalyblack.com | pkemp@smsm.com |
| Richard D. Daly | Robert G. Wall |
| Texas Bar No. 00796429 | Texas Bar No. 24072411 |
| rdaly@dalyblack.com | rwall@smsm.com |
| Daly & Black, P.C. | Ethan D. Carlyle |
| 2211 Norfolk St, Suite 800 | Texas Bar No. 24031794 |
| Houston, TX 77098 | ecarlyle@smsm.com |
| ecfs@dalyblack.com | Segal McCambridge Singer & Mahoney |
| (713) 655-1405 | 100 Congress Avenue, Suite 800 |
| (713) 655-1587 – Facsimile | Austin, Texas 78701 |
| | (512) 476-7834 |
| **ATTORNEY FOR PLAINTIFF QUORUM SHOPPING CENTER, LTD.** | (512) 476-7832 – Facsimile |
| | **ATTORNEYS FOR DEFENDANT STATE AUTOMOBILE MUTUAL INSURANCE COMPANY** |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 15th of June, 2021 to:

James Willis
Richard D. Daly
Daly & Black, P.C.
2211 Norfolk Street, Suite 800
Houston, Texas 77098
jwillis@dalyblack.com
rdaly@dalyblack.com
ecfs@dalyblack.com

                                                    */s/ Patrick M. Kemp*
                                                   Patrick M. Kemp