UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| QUORUM SHOPPING CENTER, LTD,<br><br>    Plaintiff,<br><br>v.<br><br>STATE AUTO PROPERTY AND<br>CASUALTY INSURANCE CO.,<br><br>    Defendant. | No. 5:20-CV-150-H |

## ORDER OF DISMISSAL

Before the Court is the parties' Agreed Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 21. The Agreed Stipulation is approved. It is ordered that all claims are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorney's fees.

So ordered on June 15, 2021.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE